UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

PING JIANG,                          )
                                     )
            Petitioner,              )
                                     )
vs.                                  )        Case No. CIV-26-302-R
                                     )
SCARLET GRANT, et al.,               )
                                     )
            Respondents.             )

## ORDER

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] asserting that his detention by U.S. Immigration and Customs Enforcement violates the Due Process Clause of the Fifth Amendment and the Immigration and Nationality Act. As relief, he requests his immediate release from custody. Respondents filed a Response in Opposition [Doc. No. 11]. Subsequently, Respondents filed a Notice [Doc. No. 12] indicating that Petitioner withdrew his application for asylum and an Immigration Judge granted Petitioner voluntary departure, to be completed on or before May 18, 2026.

Given these developments, it appears that Petitioner's claims are now moot. *See Bermudez v. Figueroa,* No. CIV-26-00179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026) ("Because the Petition challenges Bermudez's detention and seeks her release or a bond hearing, the voluntary departure order renders the requested relief moot."); *Bonilla v. Noem*, No. 25-CV-62395, 2025 WL 3496193, at *3 (S.D. Fla. Dec. 5, 2025) ("[T]he Court finds that the requested relief is effectively rendered moot as a result of the Voluntary Departure Order."). Petitioner is therefore permitted to show cause within fourteen days of

1

the date of this order as to why this action should not be dismissed as moot. In the absence

of a response, this action will be dismissed.

IT IS SO ORDERED this 2nd day of June, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE