**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **PING JIANG,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CIV-26-302-R** |
| | ) | |
| **SCARLET GRANT, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## ORDER

Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [Doc. No. 1] asserting that his detention by U.S. Immigration and Customs Enforcement violates the Due Process Clause of the Fifth Amendment and the Immigration and Nationality Act. As relief, he requests his immediate release from custody. Respondents filed a Response in Opposition [Doc. No. 11]. Subsequently, Respondents filed a Notice [Doc. No. 12] indicating that Petitioner withdrew his application for asylum and an Immigration Judge granted Petitioner voluntary departure, to be completed on or before May 18, 2026. The Court granted Petitioner fourteen days to show cause as to why the claims should not be dismissed as moot [Doc. No. 13]. Petitioner did not submit a response.

Accordingly, Petitioner's Petition is dismissed as moot. *See Bermudez v. Figueroa,* No. CIV-26-00179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026) ("Because the Petition challenges Bermudez's detention and seeks her release or a bond hearing, the voluntary departure order renders the requested relief moot."); *Bonilla v. Noem*, No. 25-CV-62395, 2025 WL 3496193, at *3 (S.D. Fla. Dec. 5, 2025) ("[T]he Court finds that the

1

requested relief is effectively rendered moot as a result of the Voluntary Departure Order.").

IT IS SO ORDERED this 22nd day of June, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE